# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2080

_____

Billy Joe Henson,                     *
                                       *

         Appellant,           *

                                      *   Appeal from the United States

    v.                     *   District Court for the

                                      *   Eastern District of Arkansas.

L. Murray, CO-I, Maximum Security  *
Unit, ADC; Barbara Montgomery, Sgt.,  *   [UNPUBLISHED]
Maximum Security Unit, ADC; Lorie  *
Taylor, Disciplinary Hearing Officer,  *
ADC,                         *
                                       *

        Appellees.          *

_____

Submitted: February 4, 2008
Filed: February 5, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Billy Henson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After carefully reviewing the record, we conclude that summary judgment was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.